UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

KAWS, INC.,                                          :
                                                     :
                              Plaintiff,             :
                                                     :            23 Civ. 415 (JPC)
               -v-                                   :
                                                     :            PRELIMINARY
THE INDIVIDUALS, CORPORATIONS, LIMITED               :            INJUNCTION ORDER
LIABILITY COMPANIES, PARTNERSHIPS, AND               :
UNINCORPORATED ASSOCIATIONS IDENTIFIED               :
ON SCHEDULE A TO THE COMPLAINT,                      :
                                                     :
                              Defendants.            :
                                                     :
------------------------------------------------------------------X

**THIS MATTER** comes before the Court on the application of KAWS, Inc. ("Plaintiff"),

brought by way of Order to Show Cause, for entry of a Preliminary Injunction (the

"Application") against the Defendants identified on the Schedule A to the Preliminary Injunction

Order attached hereto (collectively, the "PI Defendants") and using at least the domain names or

online marketplace accounts identified on the Schedule A (collectively, the "PI Defendant User

Accounts"); and

**THE COURT** having reviewed the papers in support of the Application; and the Court

having found that Plaintiff meets the criteria for entry of preliminary injunctive relief; and

This Court further finds that it has personal jurisdiction over the PI Defendants because

the PI Defendants directly target their business activities toward consumers in the United States,

including New York, offering to sell and ship products into this Judicial District.  Specifically,

the PI Defendants are reaching out to do business with New York residents by operating one or

more commercial, interactive Internet Stores through which New York residents can purchase

1

counterfeit versions of Plaintiff's KAWS Products ("Counterfeit Products") incorporating at least one of Plaintiff's copyrights, which are covered by at least the U.S. Copyright Office Registration Nos. identified on Schedule B to the Complaint, including without limitation U.S. Copyright Office  Registration Nos. VA 2-180-272 and VA 2-182-652 (the "KAWS Copyrights") and/or bearing, using, or infringing upon Plaintiff's trademark covered by U.S. Trademark Registration Nos. 6,046,763, 6,047,656, 6,102,259, 6,102,260, and 6,116,823 (the "KAWS Trademarks").

**THIS COURT** having determined that the evidence submitted in support of the Application establishes Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm, if the injunction is not granted including for example:

1.      Through the Declarations of Nathan Monroe-Yavneh and Gen Watanabe and accompanying evidence, Plaintiff has proved a *prima facie* case of copyright infringement because the PI Defendants have copied Plaintiff's KAWS Copyrights without Plaintiff's consent.  Further, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the KAWS Trademarks are registered with the U.S. Patent and Trademark Office and Plaintiff holds all right, title, and interest in and to the KAWS Trademarks; (2) Plaintiff develops, markets, and sells products using the KAWS Trademarks (3) the PI Defendants make, use, offer for sale, sell, and/or import into the United States for subsequent sale or use products using the mark covered by the KAWS Trademarks; (4) an ordinary observer would be deceived into thinking that the Counterfeit Products are

the same as Plaintiff's KAWS Products, or would be confused by the PI

Defendants' use of the KAWS Trademarks; and (5) the PI Defendants are

not licensed or authorized to use the KAWS Trademarks and none of the

PI Defendants is an authorized retailer of genuine KAWS Products.

2.      The PI Defendants' continued and unauthorized use of the KAWS Copyrights

and/or KAWS Trademarks irreparably harms Plaintiff through diminished

goodwill and brand confidence, damage to Plaintiff's reputation, loss of

exclusivity, and loss of future sales.

3.      Monetary damages fail to address such harm and, therefore, Plaintiff has an

inadequate remedy at law; and

4.      The public interest is served by entry of this Preliminary Injunction to dispel the

public confusion created by the PI Defendants' actions; and

**THIS COURT** having determined, therefore, that injunctive relief initially granted in the

Temporary Restraining Order ("TRO") on January 24, 2023, Dkt. No. 28, and later extended on

February 7, 2023, Dkt. No. 32, should remain in place with respect to the PI Defendants through

the pendency of this litigation and issuing this Preliminary Injunction is warranted under Federal

Rule of Civil Procedure 65;

**NOW THEREFORE**, on this 21st day of February, 2023, this Court ORDERS that:

1.      The PI Defendants, their affiliates, officers, agents, servants, employees, attorneys,

confederates, and all persons acting for, with, by, through, under or in active concert with them be

temporarily enjoined and restrained from:

a.  Using the KAWS Copyrights and/or KAWS Trademarks or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any Counterfeit Products;

b.  Passing off, inducing, or enabling others to sell or pass off any product as a genuine KAWS Product that is not, in fact, Plaintiff's KAWS Product and/or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale using the KAWS Copyrights and/or KAWS Trademarks;

c.  Committing any acts calculated to cause consumers to believe that the PI Defendants' Counterfeit Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d.  Further infringing the KAWS Copyrights and/or KAWS Trademarks and damaging Plaintiff's goodwill;

e.  Shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear(s) any KAWS Trademark or any reproductions, counterfeit copies, or colorable imitations thereof;

f.  Using, linking to, transferring, selling, exercising control over, or otherwise owning the PI Defendant User Accounts, Internet Stores, or

4

any other domain name or online market place account that is being used to sell or is the means by which the PI Defendants could continue to sell versions of Plaintiff's KAWS Products; and

g.    Operating and/or hosting websites and/or any other web presence registered or operated by the PI Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product using the KAWS Copyrights and/or KAWS Trademarks.

2.    Each of the PI Defendants, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate (c) their financial accounts, including by way of example, all AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First accounts, and (d) the steps taken by each Defendant to comply with paragraph 1, a through g, above

3.    Within five (5) days of receipt of this Order, Amazon, DHgate, etsy, Walmart, Wish, and any other online marketplace platform or service provider hosting or servicing a PI Defendant User Account are directed to disable and cease providing services for any PI Defendant User Accounts through which the PI Defendants engage in the sale of counterfeit and infringing goods using the KAWS Copyrights and/or KAWS Trademarks, including any accounts associated with the PI Defendants.

4.    The PI Defendants and any third party with actual notice of this Order who is providing services for any of the PI Defendants, or in connection with any PI Defendant User

Account, including, without limitation, any online marketplace platforms such as Amazon, DHgate, etsy, Walmart, Wish, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. The identities and locations of the PI Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

b. The nature of the PI Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the PI Defendant User Accounts, and the PI Defendants' financial accounts, as well as providing a full accounting of the PI Defendants' sales and listing history related to their respective PI Defendant User Accounts;

c. The PI Defendant User Accounts or any domain name registered by the PI Defendants;

d.  Any financial accounts owned or controlled by the PI Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, World First, or other merchant account providers, payment providers, third party processors, and credit card associations (*e.g.*, MasterCard and VISA).

5.     The PI Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of the PI Defendants' assets until further ordered by this Court.

6.     Western Union shall, within five (5) business days of receipt of this Order, block any Western Union money transfers and funds from being received by the PI Defendants identified in Schedule A to this Order until further ordered by this Court.

7.     Amazon, DHgate, etsy, Redbubble, Walmart, Wish, and any other online marketplace platform or service provider hosting or servicing a PI Defendant User Account shall, within five (5) business days of receipt of this Order, for any PI Defendant or any of the PI Defendants' Online Marketplace Accounts or websites:

    a.   Locate all accounts and funds connected to and related to the PI Defendants, the PI Defendants' Online Marketplace Accounts, or the PI Defendants' websites, including, but not limited to, any AllPay/GoAllPay, Amazon, Bank of China, Coinbase, DHgate, HyperWallet, JD.com, Joom, Lakala, LianLian, OFX, Paxful, PayEco, Payoneer, PayPal, PingPong, SellersFunding, Shopify, Stripe, Union Mobile/UmPay/UmPay2, Walmart, Wise/TransferWise, Wish, and World First accounts connected to and related to the information listed in Schedule A to the Complaint; and

    b.   Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of the PI Defendants' assets until further ordered by this Court.

8.     Any banks, savings and loan associations, payment processors, or other financial institutions, for any PI Defendant or any PI Defendant User Account, shall within five (5) business days of receipt of this Order:

    a.   Locate all accounts and funds connected to the PI Defendants, the PI Defendants' Online Marketplace Accounts, or the PI Defendants' websites, including, but not limited to, any accounts connected to the information listed in the Schedule A to the Complaint; and

    b.   Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of the PI Defendants' assets until further ordered by this Court.

9.     Plaintiff may provide notice of these proceedings to the PI Defendants by electronically publishing a link to the Complaint, this Order and other relevant documents on a

website or by sending an e-mail to all e-mail addresses identified by Plaintiff and any e-mail addresses provided for the PI Defendants by third parties that includes a link to said website. The combination of providing notice via electronic publication or e-mail, along with any notice that the PI Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise the PI Defendants of the pendency of the action and afford them the opportunity to present their objections.

10.     Plaintiff's Schedule A to the Complaint and Exhibit 3 to the Declaration of Gen Watanabe shall become unsealed.

11.     Any PI Defendants subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

12.     The five thousand dollars ($5,000.00) bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.


Dated:  February 21, 2023

Honorable John P. Cronan

## SCHEDULE A TO PRELIMINARY INJUNCTION ORDER

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
|         |                  |                              |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|



| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|



| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
|         |                  |                              |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| | | |
| 111. | aixiaowei | https://www.amazon.com/sp?seller=A145IJ5CSUILWI |
| 112. | Angel Cuihua | https://www.amazon.com/sp?seller=A1L9IADOIF152R |
| 113. | Angel seller 089 | https://www.amazon.com/sp?seller=A136GT5AN0TAX3 |
| 114. | anqingshijianshangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A25CV9OI9LWV8U |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 115. | baiqijing | https://www.amazon.com/sp?seller=A18JA45MWQCH8O |
| 116. | Bamboo's store | https://www.amazon.com/sp?seller=A3TOCRT44CK711 |
| 117. | BAXXYO | https://www.amazon.com/sp?seller=A3H9FH266PL9FA |
| 118. | Boran | https://www.amazon.com/sp?seller=A2R4OZLO4JY6YL |
| 119. | Byqone-CN | https://www.amazon.com/sp?seller=A31NHX8LYGV0T4 |
| 120. | CaiYiTuoWuJinShangXing US | https://www.amazon.com/sp?seller=AH94NLV5VRCXJ |
| 121. | caojintaodebeimeidianpu | https://www.amazon.com/sp?seller=A1X2Q69RSAY0ZT |
| | | |
| 124. | Ding'an Mengdaao Trading Co., Ltd. | https://www.amazon.com/sp?seller=A286ZJJ0E3R031 |
| 125. | DIUXNSDI | https://www.amazon.com/sp?seller=AC46R3A8HUJYG |
| | | |
| 128. | ENSHIKAQIERDIANZISHANGWUYOUXIANGONGSI | https://www.amazon.com/sp?seller=A2U0XYL6NL45XW |
| 129. | fanshancong | https://www.amazon.com/sp?seller=A14E3PX2MKJPBD |
| 130. | fanyi5 | https://www.amazon.com/sp?seller=AHHQ801K8EVQK |
| 131. | Fly with seconds T-12-22day | https://www.amazon.com/sp?seller=A3IJDIE2BXE2FG |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 132. | ganzhoushifanruidianzishangwuyouxiangongsi | https://www.amazon.com/sp?seller=A3T8MNRTWVI67C |
| 133. | GMKJ-US | https://www.amazon.com/sp?seller=A37AQZ4U6GR8O3 |
| 134. | guoyangxianjindishangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A31TRKOZ7YRIUF |
| 135. | GZHZMYYXGS | https://www.amazon.com/sp?seller=A2S38HAH2V45IA |
| 136. | hefeibenpiewangluokejiyouxiangongsi | https://www.amazon.com/sp?seller=AAI0LHHQEH82U |
| 137. | hefeimiruiyouleyouxiangongsi | https://www.amazon.com/sp?seller=A2Z2L1SLREJL9O |
| 138. | hefeinaozengpengfuzhuangyouxiangongsi | https://www.amazon.com/sp?seller=A3JN21EPUDJCOY |
| 139. | HLFSYYXGS | https://www.amazon.com/sp?seller=A1347RPMUMNW84 |
| 140. | huizhoushiyunzhiyishangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A34WBUS7B8J9E8 |
| 141. | HyperWay | https://www.amazon.com/sp?seller=A2KO3AISSVVB56 |
| 142. | JiangRenJieDengFuShangMao | https://www.amazon.com/sp?seller=A1419M5MRIWJ8U |
| 143. | JinYongh | https://www.amazon.com/sp?seller=A1VG5WD8NRU7ZE |
| 144. | kunmingyangshuaidianzishangwuyouxiangongsi | https://www.amazon.com/sp?seller=ADY5RH7CP415P |
| 145. | liangyingjun-1 | https://www.amazon.com/sp?seller=A208VKF2ZB5VD2 |
| 146. | lianzhisheng | https://www.amazon.com/sp?seller=AC51FCBF9DBQP |
| 147. | linqikai | https://www.amazon.com/sp?seller=A3DQRDUZROKC9N |
| 148. | LNP-US | https://www.amazon.com/sp?seller=A3A3UTHWIN8O0X |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 149. | luck2695 | https://www.amazon.com/sp?seller=AZ9EE3RIMN3B5 |
| | | |
| 151. | Maanshan Shanxun Trading Co., Ltd. | https://www.amazon.com/sp?seller=A18ARK5325OV4R |
| 152. | MA-TUM | https://www.amazon.com/sp?seller=A12XPB0AUVAT98 |
| 153. | meooroo | https://www.amazon.com/sp?seller=A3TI67DY7LXMQY |
| 154. | Miaofei-xx-toy | https://www.amazon.com/sp?seller=A1QZLGIBSW9I6H |
| 155. | Naruo US | https://www.amazon.com/sp?seller=AD9RZ2ESEX09B |
| 156. | ningbokaiyuedianzishangwuyouxiangongsi | https://www.amazon.com/sp?seller=A2CWWJ8C8WBT4U |
| 157. | ouyanglinghua | https://www.amazon.com/sp?seller=A2R39SSXFXDT7Y |
| 158. | Junzi Hardware | https://www.amazon.com/sp?seller=A131OTEZ1G3U38 |
| 159. | PsakYs | https://www.amazon.com/sp?seller=AVSW2CJBG1TV5 |
| 160. | QHS-US | https://www.amazon.com/sp?seller=A342O9LUE9J3OE |
| 161. | qianyunfeikeji | https://www.amazon.com/sp?seller=A36IFK6G9E2AXG |
| 162. | QJ Ecology | https://www.amazon.com/sp?seller=A3630D2O90EM77 |
| 163. | qujingshumodianzishangwuyouxiangongsi | https://www.amazon.com/sp?seller=A3A3WLRRTU8VPT |
| 164. | RENHAIJUN | https://www.amazon.com/sp?seller=A1VQ9BU2GWTBDH |
| 165. | RuiChangLinRongEnWenJuUS | https://www.amazon.com/sp?seller=A30QH4IHVQST97 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 166. | SangN | https://www.amazon.com/sp?seller=A23H1X0Y0D0EDB |
| 167. | shiwenhaosdsds | https://www.amazon.com/sp?seller=AQ9EGKBQQ060 |
| 168. | Smoke Tea Wall Art | https://www.amazon.com/sp?seller=AUTC79AHSM0QK |
| 169. | suzhouzunxiangxinxikejiyouxiangongsi | https://www.amazon.com/sp?seller=AV5EKWRI8O9W5 |
| 170. | SYSJYKJ | https://www.amazon.com/sp?seller=AQHF86TU38VJX |
| 171. | TXLLXX | https://www.amazon.com/sp?seller=A3RSJ8TWGK5STN |
| 172. | wenchangruanbanchenkejiyouxiangongsi | https://www.amazon.com/sp?seller=AJZONBO23TI69 |
| 173. | Wenchangxuhaiyingkejiyouxiangongsi | https://www.amazon.com/sp?seller=A23FC0RWTMD8YP |
| 174. | Wuchuan-us | https://www.amazon.com/sp?seller=A14URAGCJ7RK1B |
| 175. | Xinfen Shop | https://www.amazon.com/sp?seller=A1O4MZI5YKOVSR |
| 176. | Yichunyuanzhouquanpeiwensan | https://www.amazon.com/sp?seller=A6LF77E9X2Q1O |
| 177. | youkenli | https://www.amazon.com/sp?seller=A29LTIF9Q4H3JG |
| 178. | YUEXINGMA | https://www.amazon.com/sp?seller=A1R6TBX7E0NOXK |
| 179. | YYDS Bountique | https://www.amazon.com/sp?seller=AUPE9IA5P3X70 |
| 180. | zhangyanhaide | https://www.amazon.com/sp?seller=A3B88UDZ46J4IA |
| 181. | ZONOQX | https://www.amazon.com/sp?seller=A39UTCU1P71S62 |
| 182. | zzcsbd | https://www.amazon.com/sp?seller=A2MJGVDDXOWZVN |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| | | |
| 185. | ai808 | https://www.dhgate.com/store/about-us/21815418.html |
| 186. | ai809 | https://www.dhgate.com/store/about-us/21815419.html |
| 187. | anfuhaiyi | https://www.dhgate.com/store/about-us/21750244.html |
| 188. | b2m9 | https://www.dhgate.com/store/about-us/21819702.html |
| 189. | b7ku | https://www.dhgate.com/store/about-us/21819772.html |
| 190. | bestpod | https://www.dhgate.com/store/about-us/21748605.html |
| 191. | bjhs | https://www.dhgate.com/store/about-us/21819209.html |
| 192. | bkpl | https://www.dhgate.com/store/about-us/21800986.html |
| 193. | fzctf0 | https://www.dhgate.com/store/about-us/21751201.html |
| 194. | fzctl0 | https://www.dhgate.com/store/about-us/21750817.html |
| 195. | fzctn8 | https://www.dhgate.com/store/about-us/21751194.html |
| 196. | fzctv7 | https://www.dhgate.com/store/about-us/21750754.html |
| 197. | h0lf | https://www.dhgate.com/store/about-us/21819604.html |
| 198. | hpi3 | https://www.dhgate.com/store/about-us/21819671.html |
| 199. | i6aa | https://www.dhgate.com/store/about-us/21819572.html |
| 200. | iper | https://www.dhgate.com/store/about-us/21819770.html |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 201. | jiangxi2018 | https://www.dhgate.com/store/about-us/21748565.html |
| 202. | jvvz | https://www.dhgate.com/store/about-us/21819586.html |
| 203. | k2fk | https://www.dhgate.com/store/about-us/21819773.html |
| 204. | kdts | https://www.dhgate.com/store/about-us/21819775.html |
| 205. | lfuzetech | https://www.dhgate.com/store/about-us/21748677.html |
| 206. | lka2s | https://www.dhgate.com/store/about-us/21800509.html |
| 207. | llurang | https://www.dhgate.com/store/about-us/21743361.html |
| 208. | lnrz | https://www.dhgate.com/store/about-us/21818981.html |
| 209. | lp01 | https://www.dhgate.com/store/about-us/21818506.html |
| 210. | ltic | https://www.dhgate.com/store/about-us/21800749.html |
| 211. | meidoll | https://www.dhgate.com/store/about-us/21564247.html |
| 212. | nufd | https://www.dhgate.com/store/about-us/21819453.html |
| 213. | olsg | https://www.dhgate.com/store/about-us/21818711.html |
| 214. | ovaysh | https://www.dhgate.com/store/about-us/21690803.html |
| 215. | pabcq | https://www.dhgate.com/store/about-us/21748636.html |
| 216. | pbeautgirl | https://www.dhgate.com/store/about-us/21742585.html |
| 217. | pchengfugood | https://www.dhgate.com/store/about-us/21748679.html |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
| 218. | pfzctn3 | https://www.dhgate.com/store/about-us/21751160.html |
| 219. | pfzctr01 | https://www.dhgate.com/store/about-us/21750851.html |
| 220. | phaiyigood | https://www.dhgate.com/store/about-us/21748420.html |
| 221. | pjessup2022 | https://www.dhgate.com/store/about-us/20732703.html |
| 222. | pjlf | https://www.dhgate.com/store/about-us/21817826.html |
| 223. | qhuq | https://www.dhgate.com/store/about-us/21818454.html |
| 224. | qw8a | https://www.dhgate.com/store/about-us/21818389.html |
| 225. | rhgy | https://www.dhgate.com/store/about-us/21800669.html |
| 226. | richman88 | https://www.dhgate.com/store/about-us/21633598.html |
| 227. | sfzp | https://www.dhgate.com/store/about-us/21818578.html |
| 228. | sjne | https://www.dhgate.com/store/about-us/21818546.html |
| 229. | svrj | https://www.dhgate.com/store/about-us/21800751.html |
| 230. | t21i | https://www.dhgate.com/store/about-us/21819602.html |
| 231. | t35p | https://www.dhgate.com/store/about-us/21819078.html |
| 232. | tlpn | https://www.dhgate.com/store/about-us/21818375.html |
| 233. | vce6 | https://www.dhgate.com/store/about-us/21818571.html |
| 234. | wm1o | https://www.dhgate.com/store/about-us/21819807.html |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 235. | wm4q | https://www.dhgate.com/store/about-us/21818444.html |
| 236. | xanz | https://www.dhgate.com/store/about-us/21819674.html |
| 237. | xaqh | https://www.dhgate.com/store/about-us/21800794.html |
| 238. | xbog | https://www.dhgate.com/store/about-us/21818979.html |
| 239. | xddr | https://www.dhgate.com/store/about-us/21819736.html |
| 240. | xs4k | https://www.dhgate.com/store/about-us/21818453.html |
| 241. | yihaitech | https://www.dhgate.com/store/about-us/21741833.html |
| 242. | z1wh | https://www.dhgate.com/store/about-us/21818712.html |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
|         |                  |                              |
| 259.    | BlossomGreen     | https://www.etsy.com/ca/shop/BlossomGreen |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| | | |
| 298. | therainbowalley | https://www.etsy.com/shop/therainbowalley |
| | | |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 309. | ZYH | https://www.walmart.com/reviews/seller/101193969 |
| 310. | fengxianmei5587 | https://www.wish.com/merchant/604db6743c1e7d09 20b9f095 |
| | | |
| 312. | ndsjagvdilsfjkdnxbhfgxngtngf | https://www.wish.com/merchant/606d702c91177916 83babd51 |
| | | |
| 314. | Rivka's Discount Store | https://www.wish.com/merchant/60e13fcf4a24f8074a 8d5ad7 |
| 315. | shangzongyun1972 | https://www.wish.com/merchant/6186214ac67c3cdb1 0d210e7 |
| | | |
| 317. | SillKae | https://www.wish.com/merchant/5faa451a6b5102600 7e08fda |
| 318. | whitena | https://www.wish.com/merchant/5e86eb298b575e8f0 703d069 |
| 319. | ycckajshdasij | https://www.wish.com/merchant/60486b77c229c44ec 07d3bd2 |