UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
KAWS, INC.,                                                             :
:
Plaintiffs,                                :
:           23 Civ. 415 (JPC)
-v-                                           :
:                  ORDER
THE INDIVIDUALS, CORPORATIONS, LIMITED                                  :
LIABILITY COMPANIES, PARTNERSHIPS, AND                                  :
UNINCORPORATED ASSOCIATIONS IDENTIFIED                                  :
ON SCHEDULE A TO THE COMPLAINT,                                         :
:
Defendants.                                :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On July 10, 2023, the Court permitted Plaintiff to withdraw its claims against a defendant identified as "jogasartsy," which Plaintiff claimed was Defendant 143 on Schedule A to the Complaint.  Dkt. 78.  However, Defendant 143 on Schedule A to the Complaint is JinYongh, not jogasartsy.  *See* Dkt. 12.  Moreover, Schedule A notes that Defendant JinYongh operates on Amazon, whereas Plaintiff's notice of voluntary dismissal listed jogasartsy as operating on Redbubble.  Compare Dkt. 12, with Dkt. 78.  Accordingly, at the default judgment hearing scheduled for today at 4:00 p.m., Plaintiff should be prepared to address whether it is moving for default judgment against Defendant JinYongh, who, as of now, is still a party to this action.  If not, Plaintiff shall promptly file a notice of voluntary dismissal as to its claims against Defendant JinYongh.

SO ORDERED.

Dated: August 1, 2023
       New York, New York                        _____
                                                        JOHN P. CRONAN
                                                 United States District Judge