UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                          :
KAWS, INC.,                               :
                                          :
            Plaintiff,                    :
                                          :
            -v-                           :        23 Civ. 415 (JPC)
                                          :
THE INDIVIDUALS, CORPORATIONS,            :
LIMITED LIABILITY COMPANIES,              :        DEFAULT JUDGMENT
PARTNERSHIPS, AND                         :
UNINCORPORATED ASSOCIATIONS               :
IDENTIFIED ON SCHEDULE A HERETO,          :
                                          :
            Defendants.                   :
                                          :
------------------------------------------------------------X

THIS CASE having been commenced by KAWS, Inc. ("Plaintiff") against the Defendants

identified on the Fourth Amended Schedule A (collectively, the "Defaulting Defendants") and

using at least the domain names identified in the Fourth Amended Schedule A (the "Defaulting

Defendant Domain Names") and the online marketplace accounts identified in the Fourth

Amended Schedule A (the "Defaulting Online Marketplace Accounts"), and Plaintiff having

moved for entry of Default and Default Judgment against the Defaulting Defendants;

Plaintiff having properly completed service of process on the Defaulting Defendants

pursuant to the methods authorized in the Court's order of February 21, 2023, Dkt. 42, the

combination of providing notice via electronic publication or email, along with any notice that the

Defaulting Defendants received from marketplace platforms and payment processors, being notice

reasonably calculated under all circumstances to apprise the Defaulting Defendants of the

pendency of the action and affording them the opportunity to answer and present their objections;

and

None of the Defaulting Defendants having answered the Complaint or appeared in any

way, and the time for answering the Complaint having expired;

- 1 -

THIS COURT FURTHER FINDS that it has personal jurisdiction over the Defaulting Defendants because the Defaulting Defendants directly target their business activities toward consumers in the United States, including New York, offering to sell and ship products into this Judicial District. Specifically, the Defaulting Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive Internet Stores through which New York residents can purchase products bearing counterfeit versions of products utilizing at least one of U.S. Trademark Registration Nos. 6,046,763, 6,047,656, 6,102,259, 6,102,260, and 6,116,823 (the "KAWS Trademarks") and/or copyrights covered by U.S. Copyright Office Registration Nos. VA 2-180-272 and VA 2-182-652 (the "KAWS Copyrights");

THIS COURT FURTHER FINDS that the Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and/or copyright infringement (17 U.S.C. § 101 et seq.);

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that the Defaulting Defendants are deemed in default and that this Default Judgment is entered against the Defaulting Defendants.

Accordingly, this Court ORDERS that:

1.  The Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

> a.  using Plaintiff's KAWS Trademarks, KAWS Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine KAWS product or not authorized by Plaintiff to be sold in connection with Plaintiff's KAWS Trademarks and/or KAWS Copyrights;

b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine KAWS product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's KAWS Trademarks and/or KAWS Copyrights;

c.  committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d.  further infringing Plaintiff's KAWS Trademarks and/or KAWS Copyrights and damaging Plaintiff's goodwill;

e.  otherwise competing unfairly with Plaintiff in any manner;

f.  shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's KAWS Trademarks and/or KAWS Copyrights or any reproductions, counterfeit copies, or colorable imitations thereof;

g.  using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell counterfeit KAWS products; and

h.  operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants

that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing Plaintiff's KAWS Trademarks and/or KAWS Copyrights or any reproductions, counterfeit copies, or colorable imitations thereof that is not a genuine KAWS product or not authorized by Plaintiff to be sold in connection with Plaintiff's KAWS Trademarks and/or Copyrights.

2.      The domain name registries for the Defaulting Defendant Domain Names and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall, at Plaintiff's choosing:

a.      unlock and change the registrar of record for the Defaulting Defendant Domain Names to a registrar of Plaintiff's selection until further ordered by this Court, and the domain name registrars shall take any steps necessary to transfer the Defaulting Defendant Domain Names to a registrar of Plaintiff's selection until further ordered by this Court; or

b.      disable the Defaulting Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

3.      Those in privity with the Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as Amazon, DHgate, etsy, Walmart, and Wish, social media platforms, Facebook, web hosts for the Defaulting Defendant Domain Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

a.      disable and cease providing services for any accounts through which the Defaulting Defendants engage in the sale of counterfeit and infringing goods using the KAWS Trademarks and/or Copyrights, including any accounts associated with the Defaulting Defendants listed on the Fourth Amended Schedule A;

b.      disable and cease displaying any advertisements used by or associated with the Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the KAWS Trademarks and/or Copyrights; and

c.      take all steps necessary to prevent links to the Defaulting Defendant Domain Names identified on the Fourth Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defaulting Defendant Domain Names from any search index.

4.      Those in privity with the Defaulting Defendants and with actual notice of this Order, including third party platforms Amazon, PayPal, Wish, DHGate, Payoneer, PingPong, Coinbase, LianLian, AllPay, Union Mobile, Bank of China, Hyperwallet, JD.com, Joom, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Walmart, Wise/TransferWise, and/or World First shall within two (2) business days search and provide resulting discovery for Defaulting Defendant Accounts based on identifying information provided by Plaintiff's counsel, including but not limited to, account IDs, legal names, and associated email addresses.

5.      Amazon.com ("Amazon") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

6.      DHgate.com ("DHgate") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

- 5 -

7.      Etsy.com ("Etsy") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

8.      RedBubble.com ("RedBubble") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

9.      Walmart.com ("Walmart") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

10.     ContextLogic, Inc. ("Wish") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

11.     PayPal, Inc. ("PayPal") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

12.     Payoneer, Inc. ("Payoneer") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts

connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

13.     PingPong Global Solutions, Inc. ("PingPong") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

14.     Coinbase Global, Inc. ("Coinbase") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

15.     LianLian Global t/as LL Pay U.S., LLC ("LianLian") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

16.     AllPay Limited ("AllPay") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

17.     Union Mobile Financial Technology Co., Ltd. ("Union Mobile") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently

restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

18.    Bank of China and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

19.    Hyperwallet and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

20.    JD.com ("JD") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

21.    Joom and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

22.    Lakala and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting

Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

23.     OFX and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

24.     Paxful, Inc. ("Paxful") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

25.     PayEco and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

26.     SellersFunding and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

27.     Shopify and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

28.     Stripe and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

29.     Wise/TransferWise and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

30.     World First UK Ltd. ("World First") and any related companies and affiliates shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites identified in the Fourth Amended Schedule A from transferring or disposing of any money or other of the Defaulting Defendants' assets.

31.     Pursuant to 15 U.S.C. § 1117 and 17 U.S.C. § 504, Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred fifty thousand dollars ($150,000.00).

32.     All monies currently restrained in the Defaulting Defendants' financial accounts, including monies held by Amazon, DHgate, Etsy, RedBubble, Walmart, Wish, PayPal, Payoneer, PingPong, Coinbase, LianLian, AllPay, Union Mobile, , Bank of China, Hyperwallet, JD, Joom, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Wise/TransferWise, and/or World First are hereby released to Plaintiff as partial payment of the above-identified damages, and Amazon, DHgate, Etsy, RedBubble, Walmart, Wish, PayPal, Payoneer, PingPong, Coinbase, LianLian, AllPay, Union Mobile, Alibaba, Aliexpress, Bank of China, Hyperwallet, JD, Joom, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Wise/TransferWise, and/or World

First are ordered to release to Plaintiff the amounts from the Defaulting Defendants' accounts within ten (10) business days of receipt of this Order.

33.     Until Plaintiff has recovered full payment of monies owed by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Amazon, DHgate, Etsy, RedBubble, Walmart, Wish, PayPal, Payoneer, PingPong, Coinbase, LianLian, AllPay, Union Mobile, , Bank of China, Hyperwallet, JD, Joom, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Wise/TransferWise, and/or World First in the event that any new accounts controlled or operated by Defaulting Defendants are identified.   Upon receipt of this Order, Amazon, DHgate, Etsy, RedBubble, Walmart, Wish, PayPal, Payoneer, PingPong, Coinbase, LianLian, AllPay, Union Mobile, , Bank of China, Hyperwallet, JD, Joom, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Wise/TransferWise, and/or World First shall within two (2) business days:

      a.     Locate all accounts and funds connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites, including, but not limited to, any accounts;

      b.     Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of the Defaulting Defendants' assets; and

      c.     Release all monies restrained in the Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

34.     Until Plaintiff has recovered full payment of monies owed by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by the Defaulting Defendants

are identified.  Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

  a. Locate all accounts and funds connected to the Defaulting Defendants, the Defaulting Defendants' Online Marketplace Accounts, or the Defaulting Defendants' websites, including, but not limited to, any accounts;

  b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of the Defaulting Defendants' assets; and

  c. Release all monies restrained in the Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

35. In the event that Plaintiff identifies any additional online marketplace accounts, domain names, or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to the Defaulting Defendants by email at the email addresses identified by Plaintiff and any email addresses provided for the Defaulting Defendants by third parties.

36. Plaintiff may serve this Order on Third Party Providers, including Amazon, DHgate, Etsy, RedBubble, Walmart, Wish, PayPal, Payoneer, PingPong, Coinbase, LianLian, AllPay, Union Mobile, , Bank of China, Hyperwallet, JD, Joom, Lakala, OFX, Paxful, PayEco, SellersFunding, Shopify, Stripe, Wise/TransferWise, and/or World First, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on Third Party Providers.

Dated: August 7, 2023
  New York, New York

         Honorable John P. Cronan
         United States District Judge

## FOURTH AMENDED SCHEDULE A TO COMPLAINT

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
|         |                  |                              |



| Doe No. | Defendant Seller | Defendant Online Marketplace | |
|---------|------------------|------------------------------|---|

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
|         |                  |                              |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| | | |
| 112. | Angel Cuihua | https://www.amazon.com/sp?seller=A1L9IADOIF15 2R |
| 113. | Angel seller 089 | https://www.amazon.com/sp?seller=A136GT5AN0T AX3 |
| 114. | anqingshijianshangmaoyouxia ngongsi | https://www.amazon.com/sp?seller=A25CV9OI9LW V8U |
| | | |
| 116. | Bamboo's store | https://www.amazon.com/sp?seller=A3TOCRT44CK 711 |
| | | |
| 118. | Boran | https://www.amazon.com/sp?seller=A2R4OZLO4JY 6YL |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 119. | Byqone-CN | https://www.amazon.com/sp?seller=A31NHX8LYGV0T4 |
|  |  |  |
| 124. | Ding'an Mengdao Trading Co., Ltd. | https://www.amazon.com/sp?seller=A286ZJJ0E3R031 |
| 125. | DIUXNSDI | https://www.amazon.com/sp?seller=AC46R3A8HUJYG |
|  |  |  |
| 128. | ENSHIKAQIERDIANZISHANGWUYOUXIANGONGSI | https://www.amazon.com/sp?seller=A2U0XYL6NL45XW |
|  |  |  |
| 130. | fanyi5 | https://www.amazon.com/sp?seller=AHHQ801K8EVQK |
|  |  |  |
| 132. | ganzhoushifanruidianzishangwuyouxiangongsi | https://www.amazon.com/sp?seller=A3T8MNRTWVI67C |
| 133. | GMKJ-US | https://www.amazon.com/sp?seller=A37AQZ4U6GR8O3 |
| 134. | guoyangxianjindishangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A31TRKOZ7YRIUF |
| 135. | GZHZMYYXGS | https://www.amazon.com/sp?seller=A2S38HAH2V45IA |
| 136. | hefeibenpiewangluokejiyouxiangongsi | https://www.amazon.com/sp?seller=AAI0LHHQEH82U |
| 137. | hefeimiruiyouleyouxiangongsi | https://www.amazon.com/sp?seller=A2Z2L1SLREJL9O |
| 138. | hefeinaozengpengfuzhuangyouxiangongsi | https://www.amazon.com/sp?seller=A3JN21EPUDJCOY |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 139. | HLFSYYXGS | https://www.amazon.com/sp?seller=A1347RPMUMNW84 |
| 140. | huizhoushiyunzhiyishangmaoyouxiangongsi | https://www.amazon.com/sp?seller=A34WBUS7B8J9E8 |
| 141. | HyperWay | https://www.amazon.com/sp?seller=A2KO3AISSVVB56 |
| 142. | JiangRenJieDengFuShangMao | https://www.amazon.com/sp?seller=A1419M5MRIWJ8U |
| 143. | JinYongh | https://www.amazon.com/sp?seller=A1VG5WD8NRU7ZE |
| 144. | kunmingyangshuaidianzishangwuyouxiangongsi | https://www.amazon.com/sp?seller=ADY5RH7CP415P |
| 145. | liangyingjun-1 | https://www.amazon.com/sp?seller=A208VKF2ZB5VD2 |
| 146. | lianzhisheng | https://www.amazon.com/sp?seller=AC51FCBF9DBQP |
| 147. | linqikai | https://www.amazon.com/sp?seller=A3DQRDUZROKC9N |
| 148. | LNP-US | https://www.amazon.com/sp?seller=A3A3UTHWIN8O0X |
| 149. | luck2695 | https://www.amazon.com/sp?seller=AZ9EE3RIMN3B5 |
| | | |
| 151. | Maanshan    Shanxun    Trading Co., Ltd. | https://www.amazon.com/sp?seller=A18ARK5325OV4R |
| 152. | MA-TUM | https://www.amazon.com/sp?seller=A12XPB0AUVAT98 |
| 153. | meooroo | https://www.amazon.com/sp?seller=A3TI67DY7LXMQY |
| | | |
| 155. | Naruo US | https://www.amazon.com/sp?seller=AD9RZ2ESEX09B |
| 156. | ningbokaiyuedianzishangwuyouxiangongsi | https://www.amazon.com/sp?seller=A2CWWJ8C8WBT4U |
| 157. | ouyanglinghua | https://www.amazon.com/sp?seller=A2R39SSXFXDT7Y |
| 158. | Junzi Hardware | https://www.amazon.com/sp?seller=A131OTEZ1G3U38 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 159. | PsakYs | https://www.amazon.com/sp?seller=AVSW2CJBG1TV5 |
| 160. | QHS-US | https://www.amazon.com/sp?seller=A342O9LUE9J3OE |
| | | |
| 163. | qujingshumodianzishangwuyouxiangongsi | https://www.amazon.com/sp?seller=A3A3WLRRTU8VPT |
| 164. | RENHAIJUN | https://www.amazon.com/sp?seller=A1VQ9BU2GWTBDH |
| | | |
| 166. | SangN | https://www.amazon.com/sp?seller=A23H1X0Y0D0EDB |
| 167. | shiwenhaosdsds | https://www.amazon.com/sp?seller=AQ9EGKBQQ06O |
| 168. | Smoke Tea Wall Art | https://www.amazon.com/sp?seller=AUTC79AHSM0QK |
| | | |
| 170. | SYSJYKJ | https://www.amazon.com/sp?seller=AQHF86TU38VJX |
| 171. | TXLLXX | https://www.amazon.com/sp?seller=A3RSJ8TWGK5STN |
| | | |
| 173. | Wenchangxuhaiyingkejiyouxiangongsi | https://www.amazon.com/sp?seller=A23FC0RWTMD8YP |
| 174. | Wuchuan-us | https://www.amazon.com/sp?seller=A14URAGCJ7RK1B |
| 175. | Xinfen Shop | https://www.amazon.com/sp?seller=A1O4MZI5YKOVSR |
| 176. | Yichunyuanzhouquanpeiwensan | https://www.amazon.com/sp?seller=A6LF77E9X2Q1O |
| 177. | youkenli | https://www.amazon.com/sp?seller=A29LTIF9Q4H3JG |
| 178. | YUEXINGMA | https://www.amazon.com/sp?seller=A1R6TBX7E0NOXK |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 179. | YYDS Bountique | https://www.amazon.com/sp?seller=AUPE9IA5P3X70 |
| | | ███████████████ |
| 181. | ZONOQX | https://www.amazon.com/sp?seller=A39UTCU1P71S62 |
| 182. | zzcsbd | https://www.amazon.com/sp?seller=A2MJGVDDXOWZVN |
| | | ████████████████ |
| 185. | ai808 | https://www.dhgate.com/store/about-us/21815418.html |
| 186. | ai809 | https://www.dhgate.com/store/about-us/21815419.html |
| 187. | anfuhaiyi | https://www.dhgate.com/store/about-us/21750244.html |
| 188. | b2m9 | https://www.dhgate.com/store/about-us/21819702.html |
| 189. | b7ku | https://www.dhgate.com/store/about-us/21819772.html |
| 190. | bestpod | https://www.dhgate.com/store/about-us/21748605.html |
| 191. | bjhs | https://www.dhgate.com/store/about-us/21819209.html |
| 192. | bkpl | https://www.dhgate.com/store/about-us/21800986.html |
| 193. | fzctf0 | https://www.dhgate.com/store/about-us/21751201.html |
| 194. | fzctl0 | https://www.dhgate.com/store/about-us/21750817.html |
| 195. | fzctn8 | https://www.dhgate.com/store/about-us/21751194.html |
| 196. | fzctv7 | https://www.dhgate.com/store/about-us/21750754.html |
| 197. | h0lf | https://www.dhgate.com/store/about-us/21819604.html |
| 198. | hpi3 | https://www.dhgate.com/store/about-us/21819671.html |
| 199. | i6aa | https://www.dhgate.com/store/about-us/21819572.html |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 200. | iper | https://www.dhgate.com/store/about-us/21819770.html |
| 201. | jiangxi2018 | https://www.dhgate.com/store/about-us/21748565.html |
| 202. | jvvz | https://www.dhgate.com/store/about-us/21819586.html |
| 203. | k2fk | https://www.dhgate.com/store/about-us/21819773.html |
| 204. | kdts | https://www.dhgate.com/store/about-us/21819775.html |
| 205. | lfuzetech | https://www.dhgate.com/store/about-us/21748677.html |
| 206. | lka2s | https://www.dhgate.com/store/about-us/21800509.html |
| 207. | llurang | https://www.dhgate.com/store/about-us/21743361.html |
| 208. | lnrz | https://www.dhgate.com/store/about-us/21818981.html |
| 209. | lp01 | https://www.dhgate.com/store/about-us/21818506.html |
| 210. | ltic | https://www.dhgate.com/store/about-us/21800749.html |
| 211. | meidoll | https://www.dhgate.com/store/about-us/21564247.html |
| 212. | nufd | https://www.dhgate.com/store/about-us/21819453.html |
| 213. | olsg | https://www.dhgate.com/store/about-us/21818711.html |
| 214. | ovaysh | https://www.dhgate.com/store/about-us/21690803.html |
| 215. | pabcq | https://www.dhgate.com/store/about-us/21748636.html |
| 216. | pbeautgirl | https://www.dhgate.com/store/about-us/21742585.html |
| 217. | pchengfugood | https://www.dhgate.com/store/about-us/21748679.html |
| 218. | pfzctn3 | https://www.dhgate.com/store/about-us/21751160.html |
| 219. | pfzctr01 | https://www.dhgate.com/store/about-us/21750851.html |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 220. | phaiyigood | https://www.dhgate.com/store/about-us/21748420.html |
| 221. | pjessup2022 | https://www.dhgate.com/store/about-us/20732703.html |
| 222. | pjlf | https://www.dhgate.com/store/about-us/21817826.html |
| 223. | qhuq | https://www.dhgate.com/store/about-us/21818454.html |
| 224. | qw8a | https://www.dhgate.com/store/about-us/21818389.html |
| 225. | rhgy | https://www.dhgate.com/store/about-us/21800669.html |
| 226. | richman88 | https://www.dhgate.com/store/about-us/21633598.html |
| 227. | sfzp | https://www.dhgate.com/store/about-us/21818578.html |
| 228. | sjne | https://www.dhgate.com/store/about-us/21818546.html |
| 229. | svrj | https://www.dhgate.com/store/about-us/21800751.html |
| 230. | t21i | https://www.dhgate.com/store/about-us/21819602.html |
| 231. | t35p | https://www.dhgate.com/store/about-us/21819078.html |
| 232. | tlpn | https://www.dhgate.com/store/about-us/21818375.html |
| 233. | vce6 | https://www.dhgate.com/store/about-us/21818571.html |
| 234. | wm1o | https://www.dhgate.com/store/about-us/21819807.html |
| 235. | wm4q | https://www.dhgate.com/store/about-us/21818444.html |
| 236. | xanz | https://www.dhgate.com/store/about-us/21819674.html |
| 237. | xaqh | https://www.dhgate.com/store/about-us/21800794.html |
| 238. | xbog | https://www.dhgate.com/store/about-us/21818979.html |
| 239. | xddr | https://www.dhgate.com/store/about-us/21819736.html |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 240. | xs4k | https://www.dhgate.com/store/about-us/21818453.html |
| 241. | yihaitech | https://www.dhgate.com/store/about-us/21741833.html |
| 242. | z1wh | https://www.dhgate.com/store/about-us/21818712.html |
| 259. | BlossomGreen | https://www.etsy.com/ca/shop/BlossomGreen |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---------|------------------|------------------------------|
| 309. | ZYH | https://www.walmart.com/reviews/seller/101193969 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 310. | fengxianmei5587 | https://www.wish.com/merchant/604db6743c1e7d09 20b9f095 |
| | | |
| 312. | ndsjagvdilsfjkdnxbhfgxngtngf | https://www.wish.com/merchant/606d702c91177916 83babd51 |
| | | |
| 314. | Rivka's Discount Store | https://www.wish.com/merchant/60e13fcf4a24f8074a 8d5ad7 |
| 315. | shangzongyun1972 | https://www.wish.com/merchant/6186214ac67c3cdb1 0d210e7 |
| | | |
| 317. | SillKae | https://www.wish.com/merchant/5faa451a6b5102600 7e08fda |
| 318. | whitena | https://www.wish.com/merchant/5e86eb298b575e8f0 703d069 |
| 319. | vcckajshdasij | https://www.wish.com/merchant/60486b77c229c44ec 07d3bd2 |