```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
KAWS, INC.,                                                            :
                                                                       :
                               Plaintiff,                              :
                                                                       :   23 Civ. 415 (JPC)
              -v-                                                      :
                                                                       :   ORDER
THE INDIVIDUALS, CORPORATIONS, LIMITED                                 :
LIABILITY COMPANIES, PARTNERSHIPS, AND                                 :
UNINCORPORATED ASSOCIATIONS IDENTIFIED                                 :
ON SCHEDULE A TO THE COMPLAINT,                                        :
                                                                       :
                               Defendants.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

In accordance with the Court's order granting Plaintiff's motion for default judgment as to the remaining defendants and issuing a permanent injunction, *see* Dkt. 86, the Clerk of Court is respectfully directed to enter judgment in favor of Plaintiff against the Defendants named in the Fourth Amended Schedule A to the Complaint, *see id.* at 14-26, in the amount of $150,000 per Defendant, and to close this case.

SO ORDERED.

Dated: August 8, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge