UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAWS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 23-cv-00415 (JPC) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) ) ) |

**DISBURSEMENT ORDER**

The Clerk is directed to disburse:

    The five thousand-dollar ($5,000) bond posted by Plaintiff, including any interest minus the registry fee;

To Plaintiff's counsel:

    BOIES SCHILLER FLEXNER LLP
    Attn: Christopher Tom
    55 Hudson Yards
    New York, NY 10001

Within five (5) days of the entry of this Disbursement Order, Plaintiff is directed to provide a copy of this order to this Court's Finance Department. The Clerk of Court is respectfully directed to close Dkt. 95.

    SO ORDERED.

Dated: September 12, 2025
        New York, New York.

_____
JOHN P. CRONAN
United States District Judge